# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation; VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation; and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | Civil No. 1:00CV238 |
| AIS CONSTRUCTION EQUIPMENT CORPORATION, a Michigan corporation; CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | Civil No. 1:01CV122 |
| NUECES FARM CENTER, INC., d/b/a NUECES POWER EQUIPMENT, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) ) | |

# **O R D E R**

**THESE MATTERS** are before the Court on the parties' responses providing their views for the further disposition of this matter based on the remand from the United States Fourth Circuit Court of Appeals.

The Court finds the most appropriate manner of carrying out the mandate of the Circuit is to allow the filing of motions for summary judgment.

**IT IS, THEREFORE, ORDERED** that on or before 45 days from entry of this Order, the Clark Machinery Company (Clark) may file a motion for summary judgment as to its claim that the Plaintiffs have violated the Arkansas Franchise Practices Act.

**IT IS FURTHER ORDERED** that on or before 45 days after the filing of Clark's motion for summary judgment, the Plaintiffs may file response thereto in which they may combine a cross-motion for summary judgment should they so desire.

**IT IS FURTHER ORDERED** that on or before 30 days after such filing, Clark may file a response to the cross-motion for summary judgment, if any.

**IT IS FURTHER ORDERED** that no brief may exceed 20 pages in length, double-spaced, using a font no smaller than 12. The parties are warned not to use footnotes in a smaller font in an attempt to circumvent the page limitation. Failure to abide by this directive will result in the pleading being stricken from the record.

**Signed: June 23, 2005**

Lacy H. Thornburg
United States District Judge