IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation; VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation; and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL NO. 00CV238T |
| CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY LIMITED, an Arkansas corporation. | ) | |
| Defendants. | ) | |
| CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY LIMITED, an Arkansas corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL NO. 00CV232T |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation; and CHAMPION ROAD MACHINERY | ) | |

**LIMITED**, a Canadian corporation. )
)
                              **Defendants.** )
_____ )

**THESE MATTERS** are before the Court on Volvo Parties' Motion to Reconsider April 14, 2006 Order Denying Motion for Continuance. Upon consideration of the motion and accompanying material, and for good cause shown, the Motion to Reconsider is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Pretrial Conference in this matter, presently scheduled for Friday, April 21, 2006, at 10:00 A.M., shall be removed from the April 21, 2006, Asheville Civil Pretrial Conference schedule, same to be re-scheduled at a later date.

**IT IS FURTHER ORDERED** that the trial of this matter, presently scheduled for the May 1, 2006, Asheville Joint Civil and Criminal Term, shall be re-scheduled for the July 2006 Asheville term; **IT IS FURTHER ORDERED** that the trial of this matter shall be calendared as the first civil trial in said term.

**THIS** the 18th Day of April, 2006.      Signed: April 18, 2006

Lacy H. Thornburg
United States District Judge