# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **VOLVO TRADEMARK HOLDING AKTIEBOLAGET**, a Swedish corporation; **VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.**, a Delaware corporation; and **CHAMPION ROAD MACHINERY LIMITED**, a Canadian corporation, | |
| Plaintiffs, | |
| Vs. | Civil No. 1:00CV238 |
| **AIS CONSTRUCTION EQUIPMENT CORPORATION**, a Michigan corporation; **CLM EQUIPMENT COMPANY, INC.**, a Texas corporation; **FUTURE EQUIPMENT COMPANY, INC.**, a Texas corporation; and **CLARK MACHINERY COMPANY**, an Arkansas corporation, | |
| Defendants. | |
| **AIS CONSTRUCTION EQUIPMENT CORP.**, a Michigan corporation; **CLM EQUIPMENT CO., INC.**, a Louisiana corporation; **FUTURE EQUIPMENT CO.**, a Texas corporation; and **CLARK MACHINERY CO.**, an Arkansas corporation, | |
| Plaintiffs, | |

|  |  |
|---|---|
| Vs. ) | Civil No. 1:01CV232 |
| ) | |
| **VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC.**, a Delaware corporation; and **CHAMPION ROAD MACHINERY, LTD.**, a Canadian corporation, ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

# O R D E R

**THESE MATTERS** are before the Court on motion of Volvo Construction Equipment North America, Inc. ("Volvo") for admission *pro hac vice* of Vineeta A. Bathia, to appear as counsel in this matter, filed June 23, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Volvo's motion is **ALLOWED**, and Vineeta A. Bathia is hereby granted special admission to the bar of this Court, the admission fee having been received by the Clerk.

Signed: June 27, 2006

Lacy H. Thornburg
United States District Judge