UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, N. C.
JUL 1 0 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation; VOLVO CONSTRUCTION EQUIPMENT, NORTH AMERICA, INC., a Delaware corporation, and CHAMPION ROAD MACHINERY LIMITED a Canadian corporation<br><br>          Plaintiffs,<br><br>          Vs<br><br>CLM EQUIPMENT COMPANY INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation<br><br>          Defendants. | 1:00cv238<br><br><br><br><br><br><br><br><br><br>**ORDER** |
| CLM EQUIPMENT COMPANY INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation<br><br>          Plaintiffs<br><br>          Vs<br><br>VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC. a Delaware corporation, and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation<br><br>          Defendants | 1:01cv232 |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 10th th day of July 2006.

_____
United States Judge Presiding