# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| **VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation; VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation; and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation,** | ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **Vs.** | ) ) | **Civil No. 1:00CV238** |
| **CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| **CLM EQUIPMENT CO., INC., a Louisiana corporation; FUTURE EQUIPMENT CO., a Texas corporation; and CLARK MACHINERY CO., an Arkansas corporation,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |

|  |  |  |
|---|---|---|
| **Vs.** | ) | **Civil Action 1:01CV232** |
| | ) | |
| **VOLVO CONSTRUCTION** | ) | |
| **EQUIPMENT NORTH AMERICA,** | ) | |
| **INC., a Delaware corporation; and** | ) | |
| **CHAMPION ROAD MACHINERY,** | ) | |
| **LTD., a Canadian corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## J U D G M E N T

**THESE MATTERS** came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Clark Machinery Company have and recover nothing of Volvo Construction Equipment of North America, Inc., and that Volvo recover its costs of the action from Clark Machinery Company as taxed by the Clerk.

Any motion for attorneys' fees, along with supporting materials, shall be filed within 20 days from entry of this Judgment.

3

Signed: July 14, 2006

Lacy H. Thornburg
United States District Judge