**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation; VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation; and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation,** | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **CIVIL NO. 1:00CV238** |
| **CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) ) | |
| **CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |

| | |
|---|---|
| v. | ) |
| | ) |
| **VOLVO TRADEMARK HOLDING** | ) |
| **AKTIEBOLAGET, a Swedish** | ) |
| **corporation; VOLVO** | ) |
| **CONSTRUCTION EQUIPMENT** | ) |
| **NORTH AMERICA, INC., a** | ) |
| **Delaware corporation; and** | ) |
| **CHAMPION ROAD MACHINERY** | ) |
| **LIMITED, a Canadian** | ) |
| **corporation,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**CIVIL NO. 1:01CV232**

## O R D E R

**THESE MATTERS** are before the Court on a motion by Volvo

Construction Equipment North America, Inc., and Champion Road

Machinery Limited (collectively "Volvo") for reconsideration by the Court of

its Memorandum and Order affirming the Clerk's decision to deny the

award of costs to Volvo.  The motion is denied.

Volvo argues that the Court's denial of its request for an award of

fees rested on the fact that the bill of costs "was submitted by way of a

declaration under penalty of perjury rather than a notarized affidavit."

**Volvo's Motion to Reconsider, filed July 23, 2008, at 2.**  Volvo further

states that federal law provides than a declaration made under  penalty of

perjury may be used in lieu of an affidavit, citing 28 U.S.C. § 1746. *Id*.
Defendant Clark Machinery Company ("Clark") counters that "Volvo's latest
motion to reconsider contains a new argument based upon a statute that
existed at the time of its first motion to reconsider" was filed. **Clark's
Opposition to Volvo's Motion to Reconsider, filed July 24, 2008, at 2-4.**

The Court agrees. Volvo has had ample opportunity to present
arguments over the time that the issue of Taxation of Costs was before the
Clerk and then this Court on review. ***See* Memorandum and Order, filed
June 27, 2008, at 1.** Indeed, Volvo had every opportunity to advance their
latest argument in the motion for reconsideration filed on February 22,
2008, and by way of a reply to Clark's opposition filed March 10, 2008.
However, no such argument was raised until now. "When parties file a
motion with the court, they are obligated to insure that it is complete with
respect to facts, law and advocacy." ***Potter v. Potter*, 199 F.R.D. 550, 553
(D. Md. 2001).** "Were it otherwise, then there would be no conclusion to
motions practice, each motion becoming nothing more than the latest
installment in a potentially endless serial that would exhaust the resources
of the parties and the court[.]" ***Id.***

**IT IS, THEREFORE, ORDERED** that Volvo's motion for

reconsideration of the Court's June 27, 2008, Memorandum and Order is

**DENIED.**

Signed: July 31, 2008

Lacy H. Thornburg
United States District Judge